Oops! Jackson County Hospital is correct. We should have addressed the issue here addressed in the opinion inJackson County Hospital v. Alabama Hospital Association Trust,619 So.2d 1369 (1993), but we did not. However, our failure to address at all there the issue here presented cannot be construed as resolving that issue in favor of Jackson County Hospital. There is a plethora of authorities holding that there is no coverage in similar factual situations, and those authorities persuade me that there is no coverage in this case:St. Paul Mercury Ins. Co. v. Ralee Engineering Co.,804 F.2d 520 (9th Cir. 1986); Providence Washington Ins. Group v.Albarello, 784 F. Supp. 950 (D.Conn. 1992); Minnigh v. AmericanMfrs. Mut. Ins. Co., 713 F. Supp. 366 (C.D.Cal. 1989);Commercial Union Ins. Co. v. Basic American Medical, Inc.,703 F. Supp. 629 (E.D.Mich, 1989); St. Paul Mercury Ins. Co. v.Medical Lab. Network, Inc., 690 F. Supp. 901 (C.D.Cal. 1988);American Guar. Liability Ins. Co. v. Vista Medical Supply,699 F. Supp. 787 (N.D.Cal. 1988); Hartford Fire Ins. Co. v.Karavan Enterprises, Inc., 659 F. Supp. 1075 (N.D.Cal. 1986);Smithway Motor Xpress, Inc. v. Liberty Mutual Ins. Co.,484 N.W.2d 192 (Iowa 1992); Sage Company v. Insurance Company ofNorth America, 480 N.W.2d 695 (Minn.App. 1992); Jespersen v.United States Fidelity Guar. Co., 131 N.H. 257, 551 A.2d 530,532 (1988); John's Cocktail Lounge, Inc. v. North River Ins.Co., 235 N.J. Super. 536, 563 A.2d 473 (1989); Mary AliceFord Nursing Home Co. v. Fireman's Ins. Co., 86 A.D.2d 736,737-38, 446 N.Y.S.2d 599, 601 (1982), aff'd, 57 N.Y.2d 656,439 N.E.2d 883, 454 N.Y.S.2d 74 (1982); E-Z Loader Boat Trailers,Inc. v. Travelers Indem. Co., 106 Wn.2d 901, 726 P.2d 439
(1986); Loyola Marymount Univ. v. Hartford Accident Indem.Co., 219 Cal.App.3d 1217, 1223, 271 Cal.Rptr. 528, 532
(1990); Dyer v. Northbrook Property Cas. Ins. Co., 210 Cal.App.3d 1540,259 Cal.Rptr. 298 (1989); Commercial Union Ins.Co. v. Superior Court, 196 Cal.App.3d 1205, 1209,242 Cal.Rptr. 454, 456 (1988); Daly Ditches Irrigation Dist. v.National Sur. Corp., 234 Mont. 537, 764 P.2d 1276, 1277-78
(1988); Falkenstein's Meat Co. v. Maryland Casualty Co., 91 Or. App. 276, 754 P.2d 621, 623-24 (1988).